IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ) <br> ALAN UDEN and ALAN UDEN individually, ) <br> ) <br> Plaintiff-Relator, ) <br> ) <br> v. ) <br> ) <br> CommonSpirit Health f/k/a Catholic Health ) <br> Initiatives, CHI Nebraska d/b/a CHI Health, ) <br> and The Physician Network, ) <br> ) <br> Defendants. ) | NO. 8:20CV215 <br><br> **ORDER** |

Upon consideration of the *qui tam* Relator's Notice of Voluntary Dismissal (Filing No. 13), and the United States' consent (Filing No. 11), pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and good cause having been shown,

**IT IS ORDERED** that the Relator's Complaint is dismissed in its entirety. The claims on behalf of the United States of America pursuant to 31 U.S.C. § 3729(a)(1)(A)–(B), (G) are dismissed with prejudice as to Relator and without prejudice as to the United States. Plaintiff-Relator claims of retaliation pursuant to 31 U.S.C. § 3730(h) and Iowa Code Chs. 730.1, 730.2 are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B).

Dated this 5th day of March, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge